UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

KENNETH COURINGTON, M.D.

    Plaintiff,

v.                                Case No:  2:14-cv-41-FtM-38CM

UNUM GROUP and PROVIDENT LIFE AND ACCIDENT INSURANCE COMPANY,

    Defendants.
_____/

### **ORDER**[1]

This matter comes before the Court on review of Plaintiff's Complaint (Doc. #1) filed on January 27, 2014. Plaintiff brings this case against the defendants based on diversity jurisdiction. Claims properly brought in federal court pursuant to diversity jurisdiction contain matters where the parties are completely diverse with regard to citizenship and where the amount in controversy exceeds the sum or value of $75,000, exclusive of interest and costs. 28 U.S.C. § 1332(a); Morrison v. Allstate Indem. Co., 228 F.3d 1255, 1261 (11th Cir. 2000). In an action filed directly in federal court, plaintiff bears the burden of adequately pleading, and ultimately proving, jurisdiction. King v. Cessna Aircraft Co., 505 F.3d 1160, 1171 (11th Cir. 2007).

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

Plaintiff has not properly alleged the citizenship of the defendants. Instead, the Complaint only indicates "Defendant, Provident Life and Accident Insurance Company … is a foreign, for-profit corporation doing business in Florida" and "Defendant UNUM Group … is a Delaware general business corporation, and its insurance and non-insurance subsidiaries, operate in the United States, the United Kingdom, and, to a limited extent, in certain other countries around the world." (Doc. #1, ¶¶4-5). These statements alone do not properly allege the citizenship of the defendants. A corporation is a citizen of both the state of its incorporation and the state where it has its principal place of business. 28 U.S.C. § 1332(c)(1). The principal place of business is determined by the "nerve center" test. Hertz Corp. v. Friend, 559 U.S. 77 (2010). Plaintiff's Complaint does not clearly indicate the principal places of business of the defendants. Plaintiff also fails to indicate where Defendant Provident Life and Accident Insurance Company is incorporated. Even if complete diversity between the parties exists, based upon the Complaint federal jurisdiction is insufficiently pled.[2]

Accordingly, it is now

**ORDERED:**

1. Plaintiff's Complaint (Doc. #1) is **DISMISSED without prejudice**. Plaintiff shall file an amended complaint that properly alleges the Court's subject matter jurisdiction no later than **February 21, 2014**. Failure to comply with this Order will result in the case being dismissed without further notice for failure to allege the Court's subject matter jurisdiction.

---

[2] As an aside, upon review of the Complaint, the Court recognizes that this matter brought against an insurance company does not constitute a "direct action" pursuant to 28 U.S.C. § 1332; see also Moore v. CNA Foundation, 472 F.Supp.2d 1327, 1330 (M.D. Ala. 2007) (citation omitted) (noting that the statute "does not affect suits against the insurer based on its independent wrongs.").

2. All pending motions (if any) are hereby **DENIED as moot**.

3. The Clerk is directed to change the cause of action on the docket; specifically to an insurance claim brought pursuant to diversity as alleged in the original complaint.

**DONE** and **ORDERED** in Fort Myers, Florida this 10th day of February, 2014.

*Sheri Polster Chappell*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record